# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOSE GUADALUPE GARZA-GUZMAN,<br><br>　　　　　　　　　　Defendant. | Case No.: 22-cr-0254-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On October 25, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for October 28, 2022 to December 2, 2022. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 25] and sets the Motion Hearing/Trial Setting on December 2, 2022 at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

22-cr-0254-JO

1   Further, on June 27, 2022, the Defendant filed a pretrial motion that remains
2   pending. Accordingly, the Court finds that time from June 27, 2022 to December 2, 2022
3   shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.
4   18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 10/26/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE