1
2
3
4
5
6               UNITED STATES DISTRICT COURT
7               SOUTHERN DISTRICT OF CALIFORNIA
8

9   UNITED STATES OF AMERICA,                 Case No.:  22-cr-0254-JO

10                              Plaintiff,     **ORDER CONTINUING MOTION**
                                              **HEARING/TRIAL SETTING**
11   v.

12   JOSE GUADALUPE GARZA-GUZMAN,

13                              Defendant.

14

15          On February 7, 2023, the parties filed a Joint Motion to Continue the Motion

16   Hearing/Trial Setting currently set for February 10, 2023 to April 7, 2023.  For good cause

17   appearing, the Court GRANTS the joint motion to continue [Dkt. 32] and sets the Motion

18   Hearing/Trial Setting on April 7, 2023 at 1:30 p.m.

19          For the reasons set forth in the joint motion, the Court finds that the ends of justice

20   will be served by granting the requested continuance, and these outweigh the interests of

21   the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this

22   continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

23   //
24   //
25   //
26   //
27   //
28   //

1    Further, on June 27, 2022, the Defendant filed a pretrial motion that remains

2 pending.  Accordingly, the Court finds that time from June 27, 2022 to April 7, 2023 shall

3 be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.  18

4 U.S.C. § 3161(h)(1)(D).

5    IT IS SO ORDERED.

6 Dated:  2 / 8 / 23

7            Hon. Jinsook Ohta
             UNITED STATES DISTRICT JUDGE